IGNACIO MARTINETTI, Respondent, *v.* AL H. WOODS et
al., Appellants.

*Martinetti* v. *Woods,* 153 App. Div. 919, affirmed.
(Submitted April 29, 1914; decided May 15, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 10, 1912, affirming a judgment in

favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract of employment.

*Franklin Bien* for appellants.

*Nathan Burkan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.